**SEABOCK PRICE APC**
Dennis Price SBN 279082
Amanda Seabock SBN 289900
Christopher A. Seabock SBN 279640
117 E. Colorado Blvd., Ste. 600
Pasadena, California 91105
Phone: 323-616-0490
amanda@seabockprice.com

Attorneys for Plaintiff

## SUPERIOR COURT FOR THE STATE OF CALIFORNIA
## COUNTY OF EASTERN DISTRICT

| | |
|---|---|
| **Byron Chapman,**<br><br>    Plaintiff,<br><br>v.<br><br>**County of Placer;** and Does 1-10<br><br>    Defendants. | Case Number:    2:23−CV−02615−DJC−JDP<br><br>**Notice of Settlement of Entire Case** |

**To the Court, all Parties, and their attorneys of record:** Plaintiff hereby notifies the Court that the Parties hereto have reached a settlement of the above-referenced matter. As such, Plaintiff respectfully requests that the Court vacate all current dates and deadlines to allow the Parties to finalize the settlement and dismiss the case. The parties will dismiss per Local Rules.

Date:  January 31, 2024                                  **SEABOCK PRICE, APC**

                                                                                  _____
                                                                                  Amanda Seabock, Esq.
                                                                                  Attorney for Plaintiff

1