**SUPERIOR COURT FOR THE STATE OF CALIFORNIA
COUNTY OF EASTERN DISTRICT**

| | |
|---|---|
| **Byron Chapman,** | Case Number:     2:23−CV−02615−DJC−JDP |
|     Plaintiff, | |
| | **Order** |
|   v. | |
| **County of Placer;** and Does 1-10 | |
|     Defendants. | |

Having read the Notice of Settlement, and for good cause shown, the Court hereby vacates all current dates and deadlines. The plaintiff will file a dismissal within 21 days of this Order.

Dated: January 31, 2024           /s/ Daniel J. Calabretta

                                      THE HONORABLE DANIEL J. CALABRETTA
                                      UNITED STATES DISTRICT JUDGE

*Presented by:*   *Amanda Seabock, Seabock Price APC*
                   *amanda@seabockprice.com*

1