**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
Matthew W. Gross, SBN 324007
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706
wcamy@porterscott.com
mgross@porterscott.com

Greg Warner
Senior Deputy County Counsel
Placer County Counsel's Office
175 Fulweiler Avenue
Auburn, California 95603
Tel: (530) 889-4044
Fax: (530) 889-4069
GWarner@placer.ca.gov

Attorneys for Defendant
COUNTY OF PLACER
*Exempt from Filing Fees Pursuant to Government Code § 6103*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN, | CASE NO. 2:23-cv-02615-DJC-JDP |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | Complaint Filed: 11/09/2023 |
| COUNTY OF PLACER; and DOES 1-10, | |
| Defendants. | |

    Plaintiff BYRON CHAPMAN ("Plaintiff") and Defendant COUNTY OF PLACER ("Defendant") (collectively "the Parties") by and through their undersigned counsel hereby STIPULATE as follows:

    1.    The Parties previously reached a settlement regarding the above captioned manner.

    2.    On January 31, 2024, Plaintiff filed a Notice of Settlement (ECF 7).

3. On February 1, 2024, the Court issued an Order instructing the parties to file a dismissal within 21 days (ECF 8).

4. The Parties exchanged multiple versions of a Settlement Agreement and Release ("SAR"). The Parties are still revising the language and need additional time to finalize the SAR.

5. The Parties request an extension to **March 22, 2024**, to file the dismissal.

**IT IS SO STIPULATED.**

Dated: February 21, 2024                     SEABOCK PRICE

                                             By  /s/ *Amanda Seabock*
                                                 Amanda Seabock
                                                 Attorney for Plaintiff

Dated:  February 22, 2024                    PORTER SCOTT
                                             A PROFESSIONAL CORPORATION

                                             By  /s/ *William E. Camy*
                                                 William E. Camy
                                                 Matthew W. Gross
                                                 Attorneys for Defendant

## ORDER

The Court, having reviewed the foregoing stipulation, and good cause appearing, hereby Orders that the deadline to file the dismissal in this case be extended to March 22, 2024.

**IT IS SO ORDERED.**

Dated:  February 22, 2024                     /s/ Daniel J. Calabretta
                                              THE HONORABLE DANIEL J. CALABRETTA
                                              UNITED STATES DISTRICT JUDGE