**SEABOCK PRICE APC**
Dennis Price SBN 279082
Amanda Seabock SBN 289900
Christopher A. Seabock SBN 279640
117 E. Colorado Blvd., Ste. 600
Pasadena, California 91105
Phone: 323-616-0490
amanda@seabockprice.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Byron Chapman,**<br><br>          Plaintiff,<br><br>     v.<br><br><br>**County of Placer,** and Does 1-10,<br><br>          Defendants. | Case Number:<br>2:23−CV−02615−DJC−JDP<br><br>**Joint Stipulation for Dismissal with Prejudice**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

   **IT IS STIPULATED** by and between the parties hereto that this action may be dismissed <u>with prejudice</u> as to all parties; each party to bear his/its own attorneys' fees and costs. This case may be dismissed without a Court Order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1

Date: March 21, 2024                              **SEABOCK PRICE APC**

                                                      /s/ Amanda Seabock

Amanda Seabock
Attorney for Plaintiff

Date: March 21, 2024                              **PORTER SCOTT,** A Professional Corporation

                                                      __/s/ William Camy

William Camy
Matthew Gross
Attorneys for Defendant

## **SIGNATURE ATTESTATION**

Pursuant to Local Rule 131(e), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filings' content and have authorized the filing.

Date: March 21, 2024                              **SEABOCK PRICE APC**

                                                      /s/ Amanda Seabock

Amanda Seabock
Attorney for Plaintiff